[No. 33095-8-III.   Division Three.   August 23, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIEL LEWIS VICKERS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 14-1-00408-4, M. Scott Wolfram, J., entered January 26, 2015. *Reversed* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 33099-1-III.   Division Three.   August 23, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD GLENN SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00207-9, John D. Knodell III, J., entered January 13, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 71720-1-I.   Division One.   August 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY SEAN SOWERS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-00613-2, George N. Bowden, J., entered February 26, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, C.J., and Appelwick, J.

[No. 72120-8-I.   Division One.   August 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM PHILLIP, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09730-5, Andrea A. Darvas, J., entered June 27, 2014. *Reversed* and *remanded* by unpublished opinion per Spearman, J., concurred in by Becker and Appelwick, JJ.